# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEBORAH LAUFER, | |
| Plaintiff, | |
| v. | Case No.: 3:20-CV-745-slc |
| KRISHNA REAL ESTATE 4 LLC, | |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS

NOW COMES Defendant, Krishna Real Estate 4 LLC, by and through its attorneys, Hager, Dewick & Zuengler, S.C., in the above-captioned matter, and respectfully moves this Court for the dismissal of the Complaint pursuant to Fed. R. Civ. P. 12(b)(3).

This motion is based on the attached Brief in Support of Motion to Dismiss, Declaration of Deva Bhatt in Support of Motion to Dismiss, the pleadings and papers on file in this action and any oral argument the Court may allow.

Dated at Green Bay, Wisconsin, this 10th day of September, 2020.

          HAGER, DEWICK & ZUENGLER, S.C.
          Attorneys for Defendant, Krishna Real Estate 4 LLC

          /s/ Nicholas J. Linz
          Attorney Nicholas J. Linz
          State Bar No. 1064358

Mailing Address
200 South Washington Street, Suite 200
Green Bay, WI 54301
Phone No.: (920) 430-1900
Fax No.: (920) 430-1909
Email: nlinz@hdz-law.com

**CERTIFICATE OF SERVICE**

    I certify that on the 10th day of September, 2020, a true and correct copy of the above and foregoing was served via the Court's CM/ECF system which gave notification electronically upon the following parties and participants:

    Attorney Tristan Wade Gillespie
    Email: gillespie.tristan@gmail.com

        HAGER, DEWICK & ZUENGLER, S.C.
        Attorneys for Defendant, Krishna Real Estate 4 LLC

        /s/ Nicholas J. Linz
        Attorney Nicholas J. Linz
        State Bar No. 1064358

Mailing Address
200 South Washington Street, Suite 200
Green Bay, WI  54301
Phone No.:  (920) 430-1900
Fax No.:  (920) 430-1909
Email:  nlinz@hdz-law.com