# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

DEBORAH LAUFER,
Plaintiff,

v.

Case No. 3:20-cv-745

KRISHNA REAL ESTATE 4 LLC,
Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Deborah Laufer and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on October 23, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie* | */s/ Nicholas John Linz* |
| Tristan W. Gillespie | Nicholas John Linz |
| | |
| THOMAS B. BACON, P.A. | Hager, Dewick & Zuengler, S.C. |
| 5150 Cottage Farm Rd. | 200 South Washington Street |
| Johns Creek, GA 30022 | Green Bay, WI 54301 |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |